REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION


-FILED-
AUG 27 2025
At_____M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT |
| ) | |
| v. ) | Cause No. 1:25-CR-57 |
| ) | Violations: 18 U.S.C. |
| ) | § 922(a)(6), |
| MALACHI M. C. WATTS ) | and 18 U.S.C. § 1001 |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about June 7, 2025, in the Northern District of Indiana,

MALACHI M. C. WATTS,

defendant herein, in connection with the attempted acquisition of a firearm from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to the licensed firearms dealer, which statement was intended and likely to deceive the licensed firearms dealer as to a fact material to the lawfulness of such sale of the firearm to the defendant under Chapter 44 of Title 18, by representing that his current Address Number and Street Address was XXXX Covington Manor Road, Fort Wayne, Indiana, knowing that information to be false;

All in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about June 7, 2025, in the Northern District of Indiana,

MALACHI M. C. WATTS,

defendant herein, in connection with the acquisition of a firearm from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to the licensed firearms dealer, which statement was intended and likely to deceive the licensed firearms dealer as to a fact material to the lawfulness of such sale of the firearm to the defendant under Chapter 44 of Title 18, by representing that his current Address Number and Street Address was XXXX Covington Manor Road, Fort Wayne, Indiana, and representing that he was the actual purchaser of a Taurus GX2, SN: AHC844142, knowing that information to be false;

All in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

On or about July 11, 2025, in the Northern District of Indiana,

MALACHI M. C. WATTS,

defendant herein, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation, in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, an official criminal investigation conducted by the Bureau of Alcohol, Tobacco, Firearms, and Explosives;

All in violation of 18 U.S.C. § 1001(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 4</u>

On or about July 25, 2025, in the Northern District of Indiana,

MALACHI M. C. WATTS,

defendant herein, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation, in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, an official criminal investigation conducted by the Bureau of Alcohol, Tobacco, Firearms, and Explosives;

All in violation of 18 U.S.C. § 1001(a).

A TRUE BILL

<u>/s/ Foreperson</u>
Foreperson

M. SCOTT PROCTOR
ACTING UNITED STATES ATTORNEY

By:  <u>/s/ Stacey R. Speith</u>
Stacey R. Speith
Assistant United States Attorney